UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------------------------x

Nurkamal Barcus, individually and on behalf of all others similarly situated;

               Plaintiff,

Case No: 3:20-cv-12234-FLW-DEA

**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND MIDLAND CREDIT MANAGEMENT, INC. AND ORDER**

               -against-

Midland Credit Management, Inc.

               Defendant(s).
-------------------------------------------------------------------------x

**IT IS HERBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant Midland Credit Management, Inc., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: February 11, 2021

                                            **HOROWITZ LAW, PLLC**

                                            */s/ Uri Horowitz*
                                            Uri Horowitz
                                            14441 70th Road
                                            Flushing, NY 11367
                                            Phone: (718) 705-8706
                                            uri@horowitzlawpllc.com

                                            *Attorney for Plaintiff Nurkamal Barcus*

Dated: February 11, 2021

**BLANK ROME LLP**

<u>*/s/ Michael P. Trainor (with consent)*</u>
Michael P. Trainor, Esq.
One Logan Square 130 North 18th Street
Philadelphia, PA 19103
Telephone: 215-569-5685
Mtrainor@blankrome.com

*Counsel for Midland Credit Management, Inc.*

It is further ordered that the Clerk of the Court is directed to reopen this action and upon entry of this order, the case and docket shall be marked closed.
IT IS SO ORDERED:

_____
Freda L. Wolfson, U.S.C.D.J.    2/16/2021